

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2015

No. 04-15-00344-CR

Juan Ruben Sanchez **CERDA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 14-CRS-372
Honorable J.R. "Bobby" Flores, Judge Presiding

# O R D E R

Jessie Salazar's Extension of time to file the court reporter's record is this date NOTED. Time is extended to July 22, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Eloy R. Garcia
Starr County Courthouse, Room 302
401 North Britton Avenue
Rio Grande City, TX 78582

Jessie Salazar
100 N. Closner
Edinburg, TX 78539

Ramiro Hernandez
Post Office Drawer 185
Hebbronville, TX 78361

J.M. "Chuy" Alvarez
Alvarez Law Firm
501 North Britton Avenue
Rio Grande City, TX 78582

Omar Escobar
District Attorney
Starr County Courthouse
401 N. Britton Ave. Suite 417
Rio Grande City, TX 78582